KDL
01/17/2019
**BROWNSVILLE** DIVISION
FILE: 2019R02480

**SEALED**
**CRIMINAL DOCKET**

NO. **B-19-049**

**Fernando Rodriguez, Jr.**
Judge: _____

**INDICTMENT**
COUNTY: KENEDY

Sealed
Public and unofficial staff access to this material are prohibited by court order.

Filed: JANUARY 22, 2019

**ATTORNEYS:**

**UNITED STATES OF AMERICA**

RYAN K. PATRICK, USA

**vs.**

ANGEL CASTRO, AUSA

ASHLEY MARIE HERNANDEZ   (YOB: 1993)  United States

| | |
|---|---|
| **CHARGE:** | Ct. 1: Conspiracy to possess with intent to distribute more than 100 grams of heroin; |
| Total | 21 USC 846, 841(a)(1), and 841(b)(1)(B) |
| Counts | Ct. 2: Possession with intent to distribute more than 100 grams of heroin, that is, approx. |
| (2) | 968.4 grams of heroin; |
| | 21 USC 841(a)(1) and 841(b)(1)(B) and 18 USC 2 |

**PENALTY:  5 - 40 years and/or a fine not to exceed $5,000,000 plus supervised release term of at least 4 years up to life as to each ct.**

In Jail:  X
On Bond:
No Arrest:
ICE:  Jose Luis Rodriguez

**P R O C E E D I N G S:**

_____
_____
_____
_____
_____
_____
_____
_____